| | |
|---|---|
| Frederick Georgeson, et al.<br><br>            Plaintiff(s),<br><br>v.<br><br>Pfizer, Inc., et al.<br><br>            Defendant(s). | United States District Court<br>Northern District of California<br><br>DOCKET NO. 3:06-cv-07501-CRB<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiffs, Frederick Georgeson and Sally Georgeson, against defendant Pfizer, Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
David W. Zoll
Zoll, Krantz & Borgess, LLC
6620 W. Central Ave., Suite 200
Toledo, OH 43617
Phone: 419-841-9623
Fax:    419-841-9719
Email: david@toledolaw.com

Dated: _____

_____
Attorney for Defendant

Dated:   March 3, 2010

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED:

Dated:   APR - 5 2010                  _____
                                       The Honorable